UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV -1  PM 4: 50

CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| GARY LEE GRANT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV406-225 |
| ARVO HENIFENS, | ) |
| Defendant. | ) |

### REPORT AND RECOMMENDATION

In an order dated September 20, 2006, this Court granted plaintiff's motion to proceed *in forma pauperis* and ordered him to submit a **Prisoner Trust Fund Account Statement** form and a **Consent to Collection of Fees from Trust Account** form. The Court warned plaintiff that his failure to return these forms by October 18, 2006, would result in a recommendation that this case be dismissed. Plaintiff has failed to return these forms as ordered. Indeed, the Order directing plaintiff to complete and return the above forms was returned to the Court undelivered. Plaintiff's neglect in prosecuting his case and his failure to keep the Court advised of his current address suggests that plaintiff has lost interest in his

case. Without knowledge of his whereabouts, the Court has no means of communicating with plaintiff or affording him another opportunity to furnish the required forms. Accordingly, plaintiff's complaint should be DISMISSED for want of prosecution. See Fed. R. Civ. P. 41(b); Local Rule 41.1(c).

SO REPORTED AND RECOMMENDED this 31st day of October, 2006.

> UNITED STATES MAGISTRATE JUDGE
> SOUTHERN DISTRICT OF GEORGIA